ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

80,596-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 04 2015

Abel Acosta, Clerk

IN RE: C.C.A. No. WR-80,596-01; Tr.Ct.No. CR28712-A; The STATE OF TEXAS vs ASHLEY CHARLES BURRELL; In the 75th Judicial District Court of Liberty County Texas.

Dear Mr. Acosta:

Please find enclosed the Applicant's Original Application For Writ of Mandamus, Declaration, Certificate of Service, and Order. I ask that you please file this document in the above referenced cause and bring this to the attention of the Court immediately. Your assistance in this matter is greatly appreciated

Sincerely,

ASHLEY CHARLES BURRELL #1760733
Connelly Unit, 899 FM 632
Kenedy, Texas 78119

| ASHLEY CHARLES BURRELL #1760733 | § | IN THE 75TH JUDICIAL |
|---|---|---|
| VS. | § | DISTRICT COURT OF |
| MARK MOREFIELD, JUDGE | § | LIBERTY COUNTY, TEXAS |
| | § | |

## A. APPLICANT'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE PRESIDING JUDGE:

COMES NOW, ASHLEY CHARLES BURRELL, Relator, Pro se, in the above styled and numbered cause of action and respectfully files this Original Application For Writ Of Mandamus, pursuant to Article 11.07 Section 3 (d) of the Texas Code of Criminal Procedure (T.C.C.P); Rule 73.5 of the Texas Rules of Appellate Procedure (T.R.A.P.); and an Order from the Court of Criminal Appeals of Texas filed November 05, 2014 in the above referenced cause. In support of this the Applicant would show this Court the following:

I.

## B. RELATOR

1.01 ASHLEY CHARLES BURRELL, T.D.C.J. # 1760733, is an offender incarcerated in the Texas Department of Criminal Justice and is appearing pro se, who can be located at the John B. Connally Jr. Unit, Karnes County, 899 FM 632, Kenedy, Texas 78119.

1.02 Relator has exausted his remedies and has no other adequate remedy at law.

1.03 The act sought to be compelled is ministerial and not discretionary in nature. Article 11.07 establishes the procedures for an application for writ of habeas corpus in which the applicant seeks relief from a felony judgement imposing a penalty other than death. Art. 11.07 Sec. 1 T.C.C.P. The role of the trial court is to resolve contested fact issues, if any, that are material to an applicant's confinement. Art. 11.07 Sec. 3 (c)(d) T.C.C.P. The Court of Criminal Appeals of Texas entered an Order filed November 5, 2014, wherein, the trial court was ordered to resolve the fact issue of whether the witness Malcolm Brooks will testify as to the Applicant's innocence, and if he does, whether his testimony shows Applicant to be actually innocent when considered against the evidence of guilt. Ex parte Elizondo, 947 S.W. 2d. 202, 205 (Tex.Crim.App. 1996); Ex parte Toley, 109 S.W. 3d. 388, 393 (Tex.Crim.App. 2002). The trial court was to resolve this issue and enter findings of fact and conclusions of law. The order filed by this Court also stated that this issue was to be resolved within 90 days of the date of this Order and a supplemental record shall be forwarded to this Court within 120 days of the date of this Order.

II.

## C. RESPONDENT

2.01 Respondent, Mark Morefield, in his capacity as judge in the 75th Judicial District Court of Liberty County Texas has a ministerial duty to resolve contested fact issues, if any, that are material to Relator's confinement pursuant to Art. 11.07 sec. 3 (c)(d) T.C.C.P. Respondent was also ordered by this Court in an Order filed November 5, 2014 to resolve the fact issue of whether the witness Malcolm Brooks will testify as to the

Applicant's innocence; and if he does, whether his testimony shows Applicant to be actually innocent when considered against the evidence of guilt. *Ex parte Elizondo*, 947 S.W.2d. 202, 205 (Tex. Crim. App. 1996); *Ex parte Toley*, 109 S.W.3d 388, 393 (Tex. Crim. App. 2002). The trial court was to resolve this issue within 90 days of the date of this order and enter findings of fact and conclusions of law. The supplemental record was to be forwarded to this Court within 120 days of the date of this order. To date the trial court has not complied with this order. Mark Morefield, Judge, in the 75th Judicial District Court of Liberty County Texas, may be served at his place of business at 1923 Sam Houston St. Room 304, Liberty, Texas 77575.

## III.

### D. VIOLATION OF ARTICLE 11.07 T.C.C.P.

3.01 The Respondent violated Art. 11.07 Sec. 3 (c) (d) T.C.C.P. by failing to resolve the contested fact issues that are material to the Relator's confinement. and by failing to enter findings of fact and conclusions of law within the time prescribed in the order from the Court of Criminal Appeals of Texas.

3.02 Motions for Evidentiary Hearing and Bench Warrant have been filed by Relator on December 17, 2014 and January 14 2015. These motions were sent to Donna G. Brown, District Clerk, Liberty County Texas and she filed them in the above referenced cause and brought them to the attention of the Respondent, Mark Morefield, Judge, in the 75th Judicial District Court of Liberty County Texas. The Respondent was also ordered by the Court of Criminal Appeals of Texas to resolve this fact issue. Copies of the Applicant's motions for evidentiary hearing and bench warrant can be found in the district clerks supplemental record in the above referenced cause.

3.03 To date, Relator has recieved no response from Respondent regarding Respondent's duty to resolve the fact issues in Relator's application for writ of habeas corpus that are material to the legality of Relator's confinement and no findings of fact and conclusions of law have been made by Respondent.

3.04 As is clear from the Relator's Motions and the Order from the Court of Criminal Appeals of Texas, Respondent has been repeatedly put on notice that Relator seeks for the issues of fact material to Relator's confinement to be resolved and findings of fact and conclusions of law be made. These actions are required by the Court of Criminal Appeals of Texas to act on Relator's writ of habeas corpus. Relator has gone well beyond any requirement or obligations imposed upon him by the T.C.C.P. In contrast to Relator's efforts, Respondent has wholly failed to comply with Art. 11.07 Sec. 3 (c) (d) T.C.C.P.; Respondent completely ignored and disregarded an order from the Court of Criminal Appeals of Texas; is acting in bad faith; and has also failed to afford Relator the professional and common courtesy of any written responses to his motions and requests.

3.05 The role of the trial court is to resolve contested fact issues, if any, that are material to an applicant's confinement and enter findings of fact and conclusions of law. Art. 11.07 Sec. 3 (c), (d) T.C.C.P. Respondent is in violation of this procedure, ministerial duties, an order from the Court of Criminal Appeals of Texas, and thus the laws of this State.

## E. PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, RELATOR, ASHLEY CHARLES BURRELL, Pro se, respectfully requests a finding that Respondent did not resolve the fact issue and enter findings of fact and conclusions of law as ordered by the Court of Criminal Appeals within the time prescribed by law in said order and that Relator brought this litigation in good faith and has substantially prevailed. Relator prays for an order directing Respondent to resolve the issue of fact by way of an evidentiary hearing and enter findings of fact and conclusions of as directed in Art. 11.07 sec. 3 (c) (d) T.C.C.P. and the order from the Court of Criminal Appeals of Texas.

Respectfully Submitted By:
ASHLEY CHARLES BURRELL #1760733
Relator Pro se
John B. Connelly Jr. Unit. 899 FM 632
Kenedy, Texas 78119

*Ashley C. Burrell*

THE STATE OF TEXAS §

COUNTY OF LIBERTY §
§

V.

## F. AFFIDAVIT (DECLARATION)

My name is Ashley Charles Burrell, my date of birth is 01-18-89, my inmate identifying number is 1760733. I am presently incarcerated at the John B. Connelly Jr. unit in Karnes County, Kenedy, Texas 899 FM 632 78119.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the ____ day of ____ 2015.

_Ashley C. Burrell_

VI.

## G. CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Application For Writ of Mandamus was served on Mark Morefield ~~2015~~ by placing a copy in the U.S. Mail addressed to: Court of Criminal Appeals P.O. Box 12308, Capitol Station, Austin, Texas 78711 on this the ____ day of ____ 2015.

_Ashley C. Burrell_
**RELATOR**
ASHLEY CHARLES BURRELL 1760733
Connelly Unit 899 FM 632
Kenedy, Texas 78119

pg. 4

ASHLEY CHARLES BURRELL #1760733 §

VS. §

MARK MOREFIELD, JUDGE §
§

IN THE 75TH JUDICIAL
DISTRICT COURT OF
LIBERTY COUNTY TEXAS

## ORDER

On this day came on to be heard the foregoing Relator's Application For Writ of Mandamus and it appears to the Court that the same should be:

## GRANTED

IT IS THEREFORE ORDERED that the judge shall immediately resolve the fact issue and enter findings of fact and conclusions of law in the above referenced cause.

SIGNED on this the ____ day of _____, 2015

_____
PRESIDING JUDGE

pg. 5